# Unclaimed Funds

Entered 10/24/2013 to 10/24/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| [08-11059 -jnf](#) 16505261 | Verizon Bankruptcy Dept. 3900 Washington St. Wilmington, DE 19802 19802 | 152.55 | 10/24/2013 |
| [08-12881 -jnf](#) 16520313 | Greenpoint Mortgage POB 1093 Branford, CT 06405 06405 | 1,799.38 | 10/24/2013 |
| [08-13191 -fjb](#) 16532171 | Verizon P0 Box 1 Worcester, MA 01654?0081 0081 | 25.67 | 10/24/2013 |
| [08-15686 -jnf](#) 19135894 | PATRICK WALDRON 1487 FURNACE BROOK PARKWAY QUINCY, MA 02169 02169 | 17.50 | 10/24/2013 |
| [11-18592 -fjb](#) 18223255 | ABN Amro 2300 Big Beaver Ave. Troy, MI 48007 48007 | 14,059.56 | 10/24/2013 |
| [12-10001 -jnf](#) 19041649 | MARIE HERRICK 22 ARAPAHOE RD WEST NEWTON, MA 02465 02465 | 5.25 | 10/24/2013 |

**Grand Total: 16,059.91**